# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| TED SIGMON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>URBAN EDGE PROPERTIES; and URBAN EDGE PROPERTIES LP,<br><br>　　　　　Defendants. | Case No.2:18-cv-1354-DCN |

## STIPULATION OF DISMISSAL

Please take notice that pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the parties to the above-referenced action hereby stipulate to its dismissal with prejudice.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: December 18, 2019　　　　**McGOWAN, HOOD & FELDER, LLC**

　　　　　　　　　　　　　　　　　s/ *James L. Ward, Jr.*
　　　　　　　　　　　　　　　　　James L. Ward, Jr. (Fed. ID No. 6956)
　　　　　　　　　　　　　　　　　321 Wingo Way, Suite 103
　　　　　　　　　　　　　　　　　Mt. Pleasant, SC 29464
　　　　　　　　　　　　　　　　　Tel: 843-388-7202
　　　　　　　　　　　　　　　　　jward@mcgowanhood.com

　　　　　　　　　　　　　　　　　**DeLUCA MAUCHER, L.L.P.**
　　　　　　　　　　　　　　　　　Gregory A. DeLuca (Fed. ID No. 7748)
　　　　　　　　　　　　　　　　　113 Broughton Road
　　　　　　　　　　　　　　　　　Moncks Corner, SC 29461
　　　　　　　　　　　　　　　　　Tel: 843-899-7877
　　　　　　　　　　　　　　　　　greg@delucamaucher.com

　　　　　　　　　　　　　　　　　**THE SWEET LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　186 Mohawk Drive
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15228
　　　　　　　　　　　　　　　　　Tel: 412-742-0631
　　　　　　　　　　　　　　　　　ben@sweetlawpc.com

**NYE STIRLING HALE AND MILLER LLP**
Jonathan Dengler Miller
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Tel: 805-963-2345
jonathan@nshmlaw.com

*Attorneys for Plaintiff*

Dated: December 18, 2019      **ROGERS LEWIS**

s/ *Jenkins M. Mann*
Jenkins M. Mann, Esq. (Fed Bar #09986)
Shaun C. Blake, Esq. (Fed Bar #10358)
1901 Main St., Suite 1200
Columbia, South Carolina 29201
P.O. Box 11803 (29211)
Tel: 803-978-2831
Fax: 803-252-3653
jmann@rogerslewis.com

**ROSENBERG & ESTIS, P.C.**
Cori A. Rosen
733 Third Avenue
New York, New York 10017
Tel: 212-867-6000
crosen@rosenbergestis.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will serve all counsel of record via a notification of electronic filing (NEF) on December 18, 2019.

s/ *James L. Ward, Jr.*
James L. Ward, Jr.